UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:24-CR- |
| | : | |
| v. | : | |
| | : | (Judge            ) |
| WILLIAM GRAVES, JR., | : | |
| | : | |
| Defendant. | : | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
18 U.S.C. § 912
(False personation of an officer or employee of the United States)

From in or about August 2022 through in or about May 2023, in the Middle District of Pennsylvania, the defendant,

**WILLIAM GRAVES, JR.,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Deputy U.S. Marshal, and in such assumed and pretended character, did act as such by, among other things, displaying a U.S. Marshals badge and identification and falsely stating that he was a U.S. Marshal during a traffic stop conducted by the Pennsylvania State Police; falsely stating

to other individuals that he was engaged in locating and apprehending fugitives; displaying to other individuals U.S. Marshals identification; and providing to other individuals photographs of himself wearing clothing with U.S. Marshals markings and insignia.

In violation of Title 18, United States Code, Section 912.

GERARD M. KARAM
United States Attorney

_____          __9/20/2024_____
CARLO D. MARCHIOLI                Date
Assistant United States Attorney